| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228) | David N. Kuhn - State Bar No. 73389 |
| glippetz@jonesday.com | Attorney-at-Law |
| JONES DAY | 144 Hagar Avenue |
| 1755 Embarcadero Road | Piedmont, CA 94611 |
| Palo Alto, CA 94303 | Telephone: (510)653-4983 |
| Telephone: 650-739-3939 | E-mail: dnkuhn@pacbell.net |
| Facsimile: 650-739-3900 | |
| Attorneys for Defendant Maxim Integrated Products, Inc. | Attorney for plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender, | Case No. C09-01152-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Maxim Integrated Products, Inc., | |
| Defendant. | |

Pursuant to Defendant Maxim Integrated Products, Inc.'s, ("Defendant's") June 29, 2009, phone conversation with Judge Illston's calendar clerk, Defendant and Plaintiff Gregory Bender ("Plaintiff") through their respective counsel, hereby request the Court change the time for the Initial Case Management Conference, currently scheduled for July 1, 2009, until August 21, 2009.

WHEREAS, pursuant to the June 19, 2009 Notice in this action (D.I. 10), the Initial Case Management Conference in this action is scheduled for July 1, 2009.

WHEREAS, plaintiff has indicated that this action is related to 23 other currently pending cases, each of which was brought by Plaintiff alleging patent infringement of the same patent. Plaintiff has further indicated that he intends to make a motion to reassign this action to Judge

Alsup, the judge assigned to the first-filed of the 24 potentially related cases, *Gregory Bender v. Exar Corporation*, C. A. No. 09-01140-WHA.

WHEREAS, the Initial Case Management Conference in the first-filed potentially related case, *Gregory v. Exar*, is scheduled for July 16, 2009. This Conference is likely to address Plaintiff's currently pending motion in that action to relate another of the potentially related actions, *see* D.I. 4 in C.A. No. 09-01140-WHA, to which both affected defendants have recently responded, *see* D.I. 18 and 19 in C.A. No. 09-01140-WHA.

WHEREAS, the parties believe that, in the interests of efficiency and of avoiding potentially unnecessary expenses, the Initial Case Management Conference should be continued until a reasonable period of time following the July 16, 2009, Initial Case Management Conference in *Bender v. Exar*.

THE PARTIES HEREBY STIPULATE THAT:

The Initial Case Management Conference in this action is continued to August 21, 2009.

Respectfully submitted,

Dated: June 30, 2009                    Jones Day

By: ____/s/ Gregory Lippetz_____
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone:     650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Maxim Integrated Products, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

SVI-70175v1 -2- STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE
CASE NO. 09-cv-01152-SI

1

Dated: June 30, 2009         By:      /s/ David Kuhn
2                                  David N. Kuhn
                                   Attorney-at-Law
3                                  144 Hagar Avenue
                                   Piedmont, California 94611
4                                  Telephone: (510) 653-4983

5                           Counsel for Plaintiff Gregory Bender

6

7

8

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

10

11
   DATED: _____, 2009    By: _____
12                                      THE HON. SUSAN ILLSTON
                                        United States District Court Judge
13

14    The case management conference is continued to 8/28/09 @ 2:30 p.m.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SVI-70175v1                        -3-       STIPULATION AND [PROPOSED] ORDER
                                              RESCHEDULING CASE MANAGEMENT CONFERENCE
                                              CASE NO. 09-cv-01152-SI