**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY BENDER,

        Plaintiff,

  v.

MAXIM INTEGRATED PRODUCTS, INC.,

        Defendant.
                                               /

No. C 09-1152 SI

**ORDER RE: CASE SCHEDULING**

The parties have submitted a Joint Case Management Statement (Docket No. 19) which does not adequately address the issues which will be discussed at the conference on Tuesday, September 15, 2009. The action has been pending since March 16, 2009, and this initial scheduling conference, originally set for July 1, 2009, has already been continued twice, once at plaintiff's request. It is not "too early for a scheduling order," as plaintiff asserts. It may be that the schedule mapped out by the Northern District's Patent Local Rules is appropriate, but the parties must consider that schedule in light of the particular needs of this case. In particular, this Court is reluctant to defer or delay this case merely because of the pendency of other similar cases.

The parties re ORDERED to meet and confer concerning scheduling prior to the September 15, 2009 Conference. The Court intends to adopt a schedule for the balance of this case at the Conference.

**IT IS SO ORDERED.**

Dated: September 14, 2009

                                                            SUSAN ILLSTON
                                                            United States District Judge