| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant Maxim<br>Integrated Products, Inc. | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510)653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>          Plaintiff,<br><br>     v.<br><br>Maxim Integrated Products, Inc.,<br><br>          Defendant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED INFRINGEMENT CONTENTIONS** |

Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc, ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Plaintiff's infringement contentions.

WHEREAS on September 29, 2009, Plaintiff served his infringement contentions on Defendant.

WHEREAS, on October 19, 2009, Defendant filed a motion to compel more detailed infringement contentions from Plaintiff (D.I. 24).  Said motion is still in the briefing phase.

WHEREAS, the Court has granted Defendant temporarily relief from its discovery obligations pending resolution of this issue in its order dated October 28, 2009 (D.I. 34).

WHEREAS, Plaintiff has agreed to amend his contentions, and

1   WHEREAS, Defendant has agreed to withdraw its motion to compel, without prejudice,
2   pending receipt of the forthcoming amended contentions.
3   THE PARTIES HEREBY STIPULATE THAT:
4       Plaintiff shall serve amended infringement contentions on or before **December 18, 2009.**
5       Defendant shall withdraw its motion to compel amended infringement contentions,
6   without prejudice to re-filing once it receives the amended contentions.
7       Defendant's obligations under Patent L.R. 3-3 and 3-4 shall be due 45 days from receipt
8   of Plaintiff's amended contentions unless Defendant renews its motion to compel within 14 days.
9       The Court's previous order granting Defendant temporary relief from its discovery
10  obligations (D.I. 34) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: November 17, 2009      Jones Day

By:     /s/ Gregory Lippetz
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:      650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Maxim Integrated Products, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: November 17, 2009      By:     /s/ David Kuhn
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2009   By: _____
                                    THE HON. SUSAN ILLSTON
                                    United States District Court Judge

SVI-74638v1