| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>Telephone: 650-739-3939<br>Facsimile: 650-739-3900<br><br>Attorneys for Defendant Maxim<br>Integrated Products, Inc. | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone: (510)653-4983<br>E-mail: dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>  v.<br><br>Maxim Integrated Products, Inc.,<br><br>        Defendant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MAXIM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |

    Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

    Due to the parties' and counsels' limited availability due to the upcoming holidays, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of November 19, 2009 (D.I. 42) be extended until Friday, January 15, 2010. The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations (D.I. 34) shall remain in place until the dispute is resolved.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 28, 2009 | Jones Day |
| | By:  /s/ Gregory Lippetz<br>Greg L. Lippetz<br>State Bar No. 154228<br>JONES DAY<br>Silicon Valley Office<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:    650-739-3939<br>Facsimile: 650-739-3900 |
| | Counsel for Defendant Maxim Integrated Products, Inc. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

|   |   |
|---|---|
| Dated: December 28, 2009 | By:   /s/ David Kuhn<br>David N. Kuhn<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, California 94611<br>Telephone: (510) 653-4983 |
| | Counsel for Plaintiff Gregory Bender |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 20__    By: _____
　　　　　　　　　　　　　　　　　　　 THE HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　 United States District Court Judge