| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant Maxim<br>Integrated Products, Inc. | David N. Kuhn - State Bar No. 73389<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA 94611<br>Telephone:  (510)653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>             Plaintiff,<br><br>   v.<br><br>Maxim Integrated Products, Inc.,<br><br>             Defendant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MAXIM TO FILE ITS DISCOVERY MOTION RELATED TO BENDER'S AMENDED INFRINGEMENT CONTENTIONS** |

      Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation with regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

      Due to the parties' and counsels' limited availability due to the upcoming holidays, the parties have agreed, and hereby request that the deadline for Defendant to file its discovery motion pursuant to the Court's Order of November 19, 2009 (D.I. 42) be extended until Friday, January 15, 2010.  The parties further stipulate that the Court's order granting Defendant temporary relief from its discovery obligations (D.I. 34) shall remain in place until the dispute is resolved.

Respectfully submitted,

Dated: December 28, 2009              Jones Day

By: ____/s/ Gregory Lippetz_____
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone:    650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Maxim Integrated Products, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: December 28, 2009              By: _____/s/ David Kuhn_____
                                          David N. Kuhn
                                          Attorney-at-Law
                                          144 Hagar Avenue
                                          Piedmont, California 94611
                                          Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 20__      By: _____
                                    THE HON. SUSAN ILLSTON
                                    United States District Court Judge

-2-  STIPULATION EXTENDING FILING DEADLINE FOR DEFENDANT'S DISCOVERY MOTION
CASE NO. 09-cv-01152-SI