1   Greg L. Lippetz (State Bar No. 154228)        David N. Kuhn - State Bar No. 73389
    glippetz@jonesday.com                          Attorney-at-Law
2   JONES DAY                                      144 Hagar Avenue
    1755 Embarcadero Road                          Piedmont, CA 94611
3   Palo Alto, CA 94303                            Telephone: (510)653-4983
    Telephone:    650-739-3939                     E-mail: dnkuhn@pacbell.net
4   Facsimile:    650-739-3900

5   Attorneys for Defendant Maxim                  Attorney for Plaintiff Gregory Bender
    Integrated Products, Inc.

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  Gregory Bender,                             Case No. C09-01152-SI

                    Plaintiff,                  **STIPULATION AND [PROPOSED]**
13                                              **ORDER EXTENDING DEADLINE**
                                                **FOR MAXIM TO FILE ITS**
14           v.                                 **DISCOVERY MOTION RELATED**
                                                **TO BENDER'S AMENDED**
15  Maxim Integrated Products, Inc.,            **INFRINGEMENT CONTENTIONS**

16                  Defendant.

17

18         Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc.,

19  ("Defendant"), through their respective counsel, hereby make the following stipulation with

20  regards to Defendant's discovery motion related to Plaintiff's amended infringement contentions.

21         The parties have agreed, and hereby request that the deadline for Defendant to file its

22  discovery motion pursuant to the Court's Order of December 29, 2009 (D.I. 43) be extended until

23  Friday, February 05, 2010.  The parties further stipulate that the Court's orders granting

24  Defendant temporary relief from its discovery obligations (D.I. 34 and 43) shall remain in place

25  until the dispute is resolved.

26

27

28

Respectfully submitted,

Dated:  January 29, 2010                    Jones Day


By: _____/s/ Gregory Lippetz_____
        Greg L. Lippetz
        State Bar No. 154228
        JONES DAY
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:        650-739-3939
        Facsimile:650-739-3900

Counsel for Defendant Maxim Integrated
Products, Inc.


        In accordance with General Order No. 45, Section X(B), the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.


Dated: January 29, 2010                    By: _____/s/ David Kuhn_____
                                               David N. Kuhn
                                               Attorney-at-Law
                                               144 Hagar Avenue
                                               Piedmont, California 94611
                                               Telephone: (510) 653-4983

                                           Counsel for Plaintiff Gregory Bender




**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:  _____ ____, 2010__        By: _____
                                           THE HON. SUSAN ILLSTON
                                           United States District Court Judge

STIPULATION EXTENDING FILING DEADLINE FOR
DEFENDANT'S DISCOVERY MOTION
CASE NO. 09-cv-01152-SI