Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Defendant Maxim Integrated Products, Inc.,

David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA 94611
Telephone: (510) 653-4983
E-mail: dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Gregory Bender,

Plaintiff,

v.

Maxim Integrated Products, Inc.,

Defendant.

**Case No. C 09-01152 SI**

**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR PLAINTIFF'S SECOND AMENDED INFRINGEMENT CONTENTIONS**

Plaintiff Gregory Bender ("Plaintiff") and Defendant Maxim Integrated Products, Inc., ("Defendant"), through their respective counsel, hereby make the following stipulation:

WHEREAS, on March 22, 2010, the Court granted Defendant's motion to compel infringement contentions that comply with Patent L.R. 3-1, but did not provide a deadline by which Plaintiff would serve his Second Amended Infringement Contentions. (Docket No. 54.)

WHEREAS, the parties agree that Plaintiff's Second Amended Infringement Contentions shall be due on April 21, 2010, which is 30 days following the Court's Order.

THE PARTIES HEREBY STIPULATE THAT:

The deadline for Plaintiff to serve his Second Amended Infringement Contentions as ordered by the Court in its March 22, 2010 Order shall be April 21, 2010.

Respectfully submitted,

Dated: March 30, 2010

Jones Day

By: /s/ Gregory Lippetz
Greg L. Lippetz
State Bar No. 154228
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile:650-739-3900

Counsel for Defendant Maxim Integrated Products, Inc.,

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: March 30, 2010

By: /s/ David Kuhn
David N. Kuhn
Attorney-at-Law
144 Hagar Avenue
Piedmont, California 94611
Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _______________, 2010

By: Susan Illston
THE HON. SUSAN ILLSTON
United States District Court Judge

SVI-79297v1