Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Defendant
MAXIM INTEGRATED PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>        Plaintiff,<br><br>   v.<br><br>Maxim Integrated Products, Inc.,<br><br>        Defendant. | Case No. C09-01152 SI<br><br>**[PROPOSED] ORDER GRANTING MAXIM INTEGRATED PRODUCTS, INC.'S MOTION FOR SANCTION OF DISMISSAL**<br><br>**Date:** June 25, 2010<br>**Time:** 9:00 a.m.<br>**Place:** Ctrm. 10, 19th Floor<br>**Judge:** Hon. Susan Illston |

The Court having received and duly considered the briefing and argument on Maxim Integrated Products, Inc.'s ("Maxim") Motion For Sanction Of Dismissal:

1  IT IS HEREBY ORDERED THAT:

2  Maxim's request that the Court dismiss plaintiff's Amended Complaint with prejudice as

3  a terminating sanction under Federal Rules of Civil Procedure Rule 37(b)(2)(A), the Court's

4  inherent authority, and Civil L.R. 1-4, for Plaintiff Gregory Bender's failure to comply with the

5  Court's rules and its March 22, 2010 Order is GRANTED.

6  IT IS SO ORDERED.

7

8  Dated: _____, 2010

 

                                                          _____
                                                          THE HON. SUSAN ILLSTON
                                                          United States District Court Judge

SVI-81154v1

- - 2 -

[PROPOSED] ORDER GRANTING TERMINATING SANCTIONS
CASE NO. C 09-01152 SI