1 | Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
2 | Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
3 | JONES DAY
1755 Embarcadero Road
4 | Palo Alto, CA  94303
Telephone:    650-739-3939
5 | Facsimile:    650-739-3900

6 | Attorneys for Defendant Maxim
Integrated Products, Inc.
7

David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA  94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  Gregory Bender, | Case No. C09-01152-SI |
| 12             Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION HEARING** |
| 13        v. | |
| 14  Maxim Integrated Products, Inc., | |
| 15             Defendant. | |
| 16 | |

17        Pursuant to Civil L.R. 7-7(b), Defendant Maxim Integrated Products, Inc., ("Defendant")

18  and Plaintiff Gregory Bender ("Plaintiff"), through their respective counsel, hereby stipulate to

19  reschedule the hearing date for Defendant's Motion For Sanction Of Dismissal, currently

20  scheduled for July 9, 2010 at 9 a.m., to July 30, 2010 at 9 a.m.

21        WHEREAS, on June 18, 2010, Plaintiff filed his Memorandum In Opposition To Motion

22  For Sanctions together with supporting declarations of Sergio Franco, Ph.D., Kenneth Pedrotti,

23  Ph.D, and Plaintiff Gregory Bender.  (Docket Nos. 60-63.)

24        WHEREAS, Defendant believes that deposing declarant Sergio Franco, Ph.D., will

25  provide evidence that is relevant to the Court's consideration of Dr. Franco's declaration, and has

26  served Plaintiff with a notice of deposition of Dr. Franco.

27        WHEREAS, Plaintiff has not yet been able to provide Dr. Franco's availability for

28  deposition.

WHEREAS, the parties believe that the Defendant's reply brief and the hearing on Defendant's Motion for Sanction of Dismissal should be delayed by three weeks to allow time for the deposition of Dr. Franco.

THE PARTIES HEREBY SUBMIT THIS STIPULATION THAT:

The Court hearing date for Defendant's Motion For Sanction of Dismissal be rescheduled from July 9, 2010 at 9 a.m. to July 30, 2010 at 9 a.m.

STIPULATION AND [PROPOSED] ORDER
TO RESCHEDULE MOTION HEARING
CASE NO. 09-cv-01152-SI

Respectfully submitted,

Dated:  June 24, 2010                         Jones Day


By: ____/s/ Gregory Lippetz_____
        Greg L. Lippetz
        State Bar No. 154228
        JONES DAY
        Silicon Valley Office
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:        650-739-3939
        Facsimile:650-739-3900

Counsel for Defendant Maxim Integrated
Products, Inc.


     In accordance with General Order No. 45, Section X(B), the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.


Dated: June 24, 2010                          By: ____/s/ David Kuhn_____
        David N. Kuhn
        Attorney-at-Law
        144 Hagar Avenue
        Piedmont, California 94611
        Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____, 2010        By: _____
        THE HON. SUSAN ILLSTON
        United States District Court Judge


SVI-82301v1

-3-