| | |
|---|---|
| Greg L. Lippetz (State Bar No. 154228)<br>glippetz@jonesday.com<br>Cora L. Schmid (State Bar No. 237267)<br>cschmid@jonesday.com<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:     650-739-3939<br>Facsimile:      650-739-3900<br><br>Attorneys for Defendant Maxim<br>Integrated Products, Inc. | David N. Kuhn (State Bar No. 73389)<br>Attorney-at-Law<br>144 Hagar Avenue<br>Piedmont, CA  94611<br>Telephone:  (510) 653-4983<br>E-mail:  dnkuhn@pacbell.net<br><br>Attorney for Plaintiff Gregory Bender |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>           Plaintiff,<br><br>     v.<br><br>Maxim Integrated Products, Inc.,<br><br>           Defendant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION HEARING** |

Pursuant to Civil L.R. 7-7(b), Defendant Maxim Integrated Products, Inc., ("Defendant") and Plaintiff Gregory Bender ("Plaintiff"), through their respective counsel, hereby stipulate to reschedule the hearing date for Defendant's Motion For Sanction Of Dismissal, currently scheduled for July 9, 2010 at 9 a.m., to July 30, 2010 at 9 a.m.

WHEREAS, on June 18, 2010, Plaintiff filed his Memorandum In Opposition To Motion For Sanctions together with supporting declarations of Sergio Franco, Ph.D., Kenneth Pedrotti, Ph.D, and Plaintiff Gregory Bender.  (Docket Nos. 60-63.)

WHEREAS, Defendant believes that deposing declarant Sergio Franco, Ph.D., will provide evidence that is relevant to the Court's consideration of Dr. Franco's declaration, and has served Plaintiff with a notice of deposition of Dr. Franco.

WHEREAS, Plaintiff has not yet been able to provide Dr. Franco's availability for deposition.

1  WHEREAS, the parties believe that the Defendant's reply brief and the hearing on
2  Defendant's Motion for Sanction of Dismissal should be delayed by three weeks to allow time for
3  the deposition of Dr. Franco.
4  THE PARTIES HEREBY SUBMIT THIS STIPULATION THAT:
5  The Court hearing date for Defendant's Motion For Sanction of Dismissal be rescheduled
6  from July 9, 2010 at 9 a.m. to July 30, 2010 at 9 a.m.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: June 24, 2010 | Jones Day |

By: ___/s/ Gregory Lippetz_____
    Greg L. Lippetz
    State Bar No. 154228
    JONES DAY
    Silicon Valley Office
    1755 Embarcadero Road
    Palo Alto, CA  94303
    Telephone:      650-739-3939
    Facsimile: 650-739-3900

Counsel for Defendant Maxim Integrated Products, Inc.

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: June 24, 2010          By: ___/s/ David Kuhn_____
    David N. Kuhn
    Attorney-at-Law
    144 Hagar Avenue
    Piedmont, California 94611
    Telephone: (510) 653-4983

Counsel for Plaintiff Gregory Bender

The case management conference shall be held at 3 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2010    By: _[signature: Susan Illston]_____
    THE HON. SUSAN ILLSTON
    United States District Court Judge

SVI-82301v1