1  Gregory L. Lippetz (State Bar No. 154228)
   glippetz@jonesday.com
2  Cora L. Schmid (State Bar No. 237267)
   cschmid@jonesday.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA 94303
   Telephone:    650-739-3939
5  Facsimile:    650-739-3900

6  Attorneys for Defendant
   Maxim Integrated Products, Inc.
7

   David N. Kuhn (State Bar No. 73389)
   Attorney-at-Law
   144 Hagar Avenue
   Piedmont, CA 94611
   Telephone: (510) 653-4983
   E-mail: dnkuhn@pacbell.net

   Attorney for Plaintiff
   Gregory Bender

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  Gregory Bender,                    Case No. C09-01152-SI

12          Plaintiff,                 **STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

13      v.

14  Maxim Integrated Products, Inc.,

15          Defendant.

16

17      Pursuant to Fed. R. Civ. P. 16(b)(4) and Civil L.R. 6-2, Defendant Maxim Integrated

18  Products, Inc., ("Defendant") and Plaintiff Gregory Bender ("Plaintiff"), through their respective

19  counsel, hereby jointly request that the Court modify the existing Pretrial Schedule, issued on

20  February 23, 2010. (Docket No. 51.)

21      WHEREAS, on October 28, 2009, the Court granted Defendants' Motion to Temporarily

22  Relieve Maxim's Discovery Obligations pending a dispute between the parties regarding the

23  sufficiency of Plaintiff's Infringement Contentions under Patent L.R. 3-1. (Docket No. 34.)

24      WHEREAS, Defendant's obligations to serve disclosures under Patent L.R. 3-3 and 3-4

25  were among the discovery obligations that the Court ordered relieved. (*Id.*)

26      WHEREAS, on November 19, 2009, the Court ordered that its previous October 28, 2009

27  order granting Defendant temporary relief from its discovery obligations shall remain in place

28

1  until the dispute between the parties regarding the sufficiency of Plaintiff's Infringement
2  Contentions is resolved.  (Docket No. 42.)
3      WHEREAS, on February 23, 2010, this Court issued an Order After Hearing which set the
4  following deadlines for this action:
5  • a Further Case Management Conference for July 9, 2010,
6  • the Joint Claim Construction Brief due July 16, 2010,
7  • Plaintiff's Claim Construction Statement due July 30, 2010,
8  • Defendant's Claim Construction Statement due August 13, 2010,
9  • Plaintiffs Response Claim Construction Statement due August 20, 2010,
10  • the tutorial for September 8, 2010,
11  • and the claim construction hearing for September 9, 2010.
12  (Docket No. 51.)
13      WHEREAS, on March 22, 2010, the Court granted Defendant's Motion to Compel
14  Infringement Contentions That Comply With Patent Local Rule 3-1.  (Docket No. 54.)
15      WHEREAS, the March 22, 2010 order stated that "the Court will not order defendant to
16  proceed with discovery," in light of the order.  (*Id.*)
17      WHEREAS, on April 2, 2010, the Court set the deadline for Plaintiff to serve his Second
18  Amended Infringement Contentions as April 21, 2010, pursuant to the parties stipulation.
19  (Docket No. 56.)
20      WHEREAS, on April 28, 2010, Plaintiff served his Second Amended Infringement
21  Contentions, but Defendant contended these amended contentions did not comply with the
22  Court's March 22, 2010 order.
23      WHEREAS, on May 28, 2010, Defendant filed a Motion For Sanction Of Dismissal based
24  on Defendant's contentions that Plaintiff's Second Amended Infringement Contentions did not
25  comply with the Court's March 22, 2010 order.
26      WHEREAS, on June 30, 2010, the Court ordered the hearing on Defendant's motion
27  rescheduled to July 30, 2010, pursuant to the parties' stipulation to allow deposition of Plaintiff's
28  declarant for the pending motion.

1      WHEREAS, on July 1, 2010, the Court rescheduled the Further Case Management
2 Conference scheduled for July 9, 2010, to July 30, 2010, to coincide with the hearing on
3 Defendant's Motion for Sanction of Dismissal.
4      WHEREAS, the Court has not yet modified the claim construction schedule it ordered on
5 February 23, 2010, which includes claim construction briefing deadlines prior to and
6 simultaneous with the next Further Case Management Conference, including a deadline for a
7 Joint Claim Construction Brief of July 16, 2010, and a deadline for Plaintiff's Statement of July
8 30, 2010.
9      WHEREAS, because the deadlines under Patent L.R. 3-3 and 3-4 have been stayed, the
10 deadlines under Patent L.R. 4-1, 4-2, and 4-4—which are triggered by service of Patent L.R. 3-3
11 disclosures—have also been stayed.  Thus service of invalidity contentions, exchange of proposed
12 terms for construction, and claim construction discovery have not yet taken place.
13      WHEREAS, the parties believe that good cause under Fed. R. Civ. P. 16(b)(4) exists to
14 modify the pre-trial scheduling order.
15 THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT:
16 The Court cancel the following currently scheduled events:
17   - the Joint Claim Construction Brief set for July 16, 2010,
18   - Plaintiff's Claim Construction Statement due July 30, 2010,
19   - Defendant's Claim Construction Statement due August 13, 2010,
20   - Plaintiffs Response Claim Construction Statement due August 20, 2010,
21   - the tutorial set for September 8, 2010,
22   - and the claim construction hearing set for September 9, 2010,
23 and that the Court consider the pretrial schedule at the July 30, 2010 Further Case Management
24 Conference.

1                                                                        Respectfully submitted,

2 Dated:  July 13, 2010                             Jones Day

3

4

5                                                     By:    /s/ Gregory L. Lippetz
                                                                     Greg L. Lippetz

6                                                                      State Bar No. 154228
                                                                     JONES DAY

7                                                                     Silicon Valley Office
                                                                    1755 Embarcadero Road

8                                                                    Palo Alto, CA  94303
                                                                    Telephone:     650-739-3939
                                                                    Facsimile:650-739-3900

9

10                                                  Counsel for Defendant
                                                 Maxim Integrated Products, Inc.

11

12

13        In accordance with General Order No. 45, Section X(B), the above signatory attests that

14 concurrence in the filing of this document has been obtained from the signatory below.

15 Dated: July 13, 2010                               By:    /s/ David Kuhn

16                                                  David N. Kuhn
                                                 Attorney-at-Law

17                                                  144 Hagar Avenue
                                                 Piedmont, California 94611

18                                                  Telephone: (510) 653-4983

19                                                  Counsel for Plaintiff
                                                 Gregory Bender

20

21

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

23

24

25 DATED: _____, 2010                   By:   /s/ Susan Illston

26                                          THE HON. SUSAN ILLSTON
                                         United States District Court Judge

27

28 SVI-82604v1