```
 1  Gregory L. Lippetz (State Bar No. 154228)
    glippetz@jonesday.com
 2  Cora L. Schmid (State Bar No. 237267)
    cschmid@jonesday.com
 3  JONES DAY
    Silicon Valley Office
 4  1755 Embarcadero Road
    Palo Alto, CA  94303
 5  Telephone:    650-739-3939
    Facsimile:    650-739-3900
 6
    Attorneys for Defendant
 7  MAXIM INTEGRATED PRODUCTS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Gregory Bender,<br><br>                Plaintiff,<br><br>        v.<br><br>Maxim Integrated Products, Inc.,<br><br>                Defendant. | Case No. C 09-01152 SI<br><br>**DECLARATION OF CORA L. SCHMID IN SUPPORT OF MAXIM INTEGRATED PRODUCTS, INC.'S REPLY TO OPPOSITION TO MOTION FOR SANCTION OF DISMISSAL** |
|---|---|

I, Cora L. Schmid, duly declare and say:

      1.    I am an attorney with the law firm of Jones Day, counsel of record for Defendant Maxim Integrated Products, Inc. ("Maxim"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

      2.    Attached as Exhibit A is a true and correct copy of excerpts from the May 11, 2010 hearing transcript in *Bender v. Infineon Techs. N. Am. Corp.*, N.D. Cal. Case No. C 09-02112 JW (HRL).

      3.    Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Kenneth D. Pedrotti, taken on March 10, 2010, in *Bender v. Infineon Techs. N. Am. Corp.*, N.D. Cal. Case No. C 09-02112 JW (HRL).

      4.    Attached as Exhibit C is a true and correct copy of the June 9, 2010 Declaration of David N. Kuhn in Support of Opposition to Motion to Strike, filed in *Bender v. Advanced Micro*

*Devices, Inc.*, N.D. Cal. Case No. C 09-01149 MMC EMC.

5. Attached as Exhibit D is a true and correct copy of the June 16, 2010 declaration of Sara Jeruss (without exhibits), filed in *Bender v. Advanced Micro Devices, Inc.*, N.D. Cal. Case No. C09-01149 MMC (EMC).

6. Attached as Exhibit E is a true and correct copy of the September 15, 2009 declaration of Matthew Garong (without exhibits), filed in *Bender v. Maxim Integrated Prods., Inc.*, N.D. Cal. Case No. C 09-01152 SI. This document was originally filed as Docket No. 26.

7. Attached as Exhibit F is a true and correct copy of the October 13, 2009 supplemental declaration of Matthew Garong, filed in *Bender v. Maxim Integrated Prods., Inc.*, N.D. Cal. Case No. C 09-01152 SI. This document was originally filed as Docket No. 27.

8. Attached as Exhibit G is a true and correct copy of excerpts from the transcript of the deposition of Seregio Franco, taken on July 12, 2010, in *Bender v. Maxim Integrated Prods., Inc.*, N.D. Cal. Case No. C 09-01152 SI.

9. Attached as Exhibit H is a true and correct copy of excerpts from a United States Patent and Trademark Office communication concerning Application No. 90/010,058, dated October 3, 2008. This document was originally filed as Docket No. 48-7 in *Bender v. LG Electronics U.S.A., Inc.*, N.C. Cal. Case No. C09-02114 RS.

10. Attached as Exhibit I is a true and correct copy of excerpts from the October 29, 2009 hearing transcript in *Bender v. Intersil Corp.*, N.D. Cal. Case No. C09-01155 (CW).

11. Attached as Exhibit J is a true and correct copy of *FusionArc, Inc. v. Solidus Networks, Inc.*, No. C 06-06760 RMW (RS), 2007 U.S. Dist. LEXIS 29870 (N.D. Cal. Apr. 5, 2007).

12. Attached as Exhibit K is a true and correct copy of *Network Caching Tech., LLC v. Novell, Inc.*, No. C-01-2079 VRW, 2003 U.S. Dist. LEXIS 9881 (N.D. Cal. Mar. 21, 2003).

13. Attached as Exhibit L is a true and correct copy of *Renesas Tech. Corp. v. Nanya Tech. Corp.*, 2004 WL 2600466 (N.D. Cal. Nov. 10, 2004).

14. Attached as Exhibit M is a true and correct copy of *Bender v. Advanced Micro Devices, Inc.*, No. C-09-1149 MMC, 2010 U.S. Dist. LEXIS 11539 (N.D. Cal. Feb. 1, 2010).

15. Attached as Exhibit N is a true and correct copy of *Bender v. Micrel Inc.*, No. C 09-01144 SI, 2010 U.S. Dist. LEXIS 18134 (N.D. Cal. Feb. 6, 2010).

16. Attached as Exhibit O is a true and correct copy of *Bender v. Freescale Semiconductor, Inc.*, No. C 09-1156 PHJ (MEJ), 2010 WL 1689465 (N.D. Cal. Apr. 26, 2010).

17. Attached as Exhibit P is a true and correct copy of *Bender v. Advanced Micro Devices, Inc.*, No. C-09-1149 MMC (EMC) (N.D. Cal. Apr. 22, 2010).

18. Attached as Exhibit Q is a true and correct copy of *Bender v. Broadcom Corp.*, No. C 09-01147 MHP, 2010 U.S. Dist. LEXIS 28336 (N.D. Cal. Mar. 23, 2010).

19. Attached as Exhibit R is a true and correct copy of *Bender v. Maxim*, No. C 09-01152 SI, 2010 U.S. Dist. LEXIS 32115 (N.D. Cal. Mar. 22, 2010).

20. Attached as Exhibit S is a true and correct copy of *Bender v. Infineon Techs. N. Am. Corp.*, No. C09-02112 JW (HRL), 2010 U.S. Dist. LEXIS 24193 (N.D. Cal. Mar, 16, 2010) (designated "not for citation").

21. Attached as Exhibit T is a true and correct copy of *Bender v Infineon Techs. N. Am. Corp.*, No. C09-02112 JW (HRL), 2010 U.S. Dist. LEXIS 24096 (N.D. Cal. Mar, 16, 2010) (designated "not for citation").

22. Attached as Exhibit U is a true and correct copy of *Bender v. Int'l Business Machines Corp.*, Case No. C 09-01249 RMW (RS), 2009 U.S. Dist. LEXIS 126510 (N.D. Cal. Nov. 13, 2010).

23. Attached as Exhibit V is a true and correct copy of *Bender v. Intersil Corp.*, No. C 09-01155 CW, 2009 U.S. Dist. LEXIS 126515 (N.D. Cal. Oct. 29, 2009).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of July 16, 2010.

By: _____
Cora L. Schmid
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:　　650-739-3939
Facsimile:　　650-739-3900