Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      650-739-3939
Facsimile:      650-739-3900

Attorneys for Defendant Maxim
Integrated Products, Inc.

David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA  94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>              Plaintiff,<br><br>       v.<br><br>Maxim Integrated Products, Inc.,<br><br>              Defendant. | Case No. C09-01152-SI<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE** |

        WHEREAS, a Case Management Conference is currently set for September 10, 2010, at

3:00 P.M.

        WHEREAS, the parties have reached a tentative settlement agreement.

        WHEREAS, the parties need additional time to finalize their settlement agreement and file

the requisite documents with the Court.

        THE PARTIES HEREBY SUBMIT THIS STIPULATED REQUEST THAT the Court

reschedule the Further Case Management Conference currently scheduled for September 10,

2010, to ~~November 12, 2010,~~ December 16, 2010 at 3:00 P.M., or any time thereafter, to allow the parties time to

finalize their settlement agreement and file the requisite documents with the Court.

Respectfully submitted,

Dated:  August 26, 2010                         Jones Day


By: _____ /s/ Gregory Lippetz _____
        Greg L. Lippetz
        State Bar No. 154228
        JONES DAY
        Silicon Valley Office
        1755 Embarcadero Road
        Palo Alto, CA  94303
        Telephone:  650-739-3939
        Facsimile:  650-739-3900

Counsel for Defendant Maxim Integrated
Products, Inc.


        In accordance with General Order No. 45, Section X(B), the above signatory attests that

concurrence in the filing of this document has been obtained from the signatory below.


Dated:  August 26, 2010                 By: _____ /s/ David Kuhn _____
                                                David N. Kuhn
                                                Attorney-at-Law
                                                144 Hagar Avenue
                                                Piedmont, California  94611
                                                Telephone:  (510) 653-4983

                                        Counsel for Plaintiff Gregory Bender


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED: _____, 2010          By: _____
                                                THE HON. SUSAN ILLSTON
                                                United States District Court Judge


SVI-84284v1

STIPULATED REQUEST AND [PROPOSED]
ORDER TO RESCHEDULE CMC
CASE NO. 09-cv-01152-SI