Greg L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Cora L. Schmid (State Bar No. 237267)
cschmid@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:      650-739-3900

Attorneys for Defendant and Counter-Claimant
Maxim Integrated Products, Inc.

David N. Kuhn (State Bar No. 73389)
Attorney-at-Law
144 Hagar Avenue
Piedmont, CA  94611
Telephone:  (510) 653-4983
E-mail:  dnkuhn@pacbell.net

Attorney for Plaintiff Gregory Bender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Bender,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>Maxim Integrated Products, Inc.,<br><br>    Defendant and Counter-Claimant. | Case No. C09-01152-SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

Plaintiff and Counter-Defendant Gregory Bender and Defendant and Counter-Claimant Maxim Integrated Products, Inc., inform the court that they have reached agreement on the terms of dismissal of the claims and counterclaims in the above-entitled action and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss WITH PREJUDICE all claims and counterclaims in this action asserted by the parties, with each party to bear its own costs, expenses, and attorney's fees.

SO STIPULATED.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: October 18, 2010 | Jones Day |
| 4 |  | By:   /s/ Gregory Lippetz |
| 5 |  | Greg L. Lippetz<br>State Bar No. 154228 |
| 6 |  | JONES DAY<br>Silicon Valley Office |
| 7 |  | 1755 Embarcadero Road<br>Palo Alto, CA  94303<br>Telephone:  650-739-3939 |
| 8 |  | Facsimile:  650-739-3900 |
| 9 |  | Counsel for Defendant Maxim Integrated Products, Inc. |

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

|   |   |   |
|---|---|---|
| Dated: October 18, 2010 | By:   /s/ David Kuhn |
|  | David N. Kuhn<br>Attorney-at-Law |
|  | 144 Hagar Avenue<br>Piedmont, California  94611<br>Telephone:  (510) 653-4983 |
|  | Counsel for Plaintiff Gregory Bender |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: _____, 2010       By: _____
                                     THE HON. SUSAN ILLSTON
                                     United States District Court Judge

SVI-85991v1

-2-    STIPULATION AND [PROPOSED] ORDER
       OF DISMISSAL WITH PREJUDICE
       CASE NO. 09-cv-01152-SI